# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JOSHUA DONTAE CUMMINGS                                                    PLAINTIFF
ADC # 172826

v.                              4:25CV00072-KGB-JTK

WELLPATH MEDICAL, LLC, et al.                                            DEFENDANTS

## ORDER

On March 11, 2025, Defendants Bland, Hargrave, Hollingworth, Newby, Reddick, and Snow (the "Medical Defendants") filed a Suggestion of Bankruptcy and Notice of Stay of these proceedings due to the bankruptcy filing by Wellpath Holdings, Inc., and related entities (Doc. No. 14). *See In re Wellpath Holdings, Inc., et al.*, Case No. 24-90533 (Bankr. S.D. Tex.) (the "Wellpath Bankruptcy").

The Bankruptcy Court's amended final order enforcing the automatic stay extends the automatic stay to all Defendants. (Doc. No. 14-2). Accordingly, this action is STAYED in its entirety until further order.

The Medical Defendants must file a status report by April 30, 2025, and every 60 days thereafter, to advise the Court of the status of the bankruptcy proceedings. The Medical Defendants are directed to inform the Court immediately if the stay is lifted before April 30, 2025.

If Plaintiff wishes to file a motion for relief from stay pursuant to 11 U.S.C. § 362, the motion must be filed with the Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002 in the bankruptcy case (*In re Wellpath Holdings, Inc., et al.*, Case No. 24-90533).

IT IS SO ORDERED this 26th day of March, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE