**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**GREGORY HOLT, ADC # 129616**
***also known as Abdul Maalik Muhammad*** **PLAINTIFF**

**v.** **Case No. 4:22-cv-01132-KGB**

**DEXTER PAYNE, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court is the parties' second joint motion to amend scheduling order (Dkt. No. 184). The parties state that, according to the Court's Final Scheduling Order, as amended by the Court's Order entered July 15, 2026, the deadline to complete discovery is currently September 10, 2026; the deadline to file motions, except motions for class certification and motions *in limine*, is currently October 1, 2026; and a trial in this matter is currently set for the week of November 30, 2026 (*Id*., ¶ 1). The parties state that they are working diligently and cooperatively to complete discovery but need additional time (*Id*., ¶ 2). The parties request an extension of the discovery deadline until October 30, 2026; an extension of the motion deadline until November 20, 2026; and removal of the trial date from the Court's calendar for the week of November 30, 2026 (*Id*., ¶¶ 2, 4). The parties ask that the Court reset the trial after the Court rules on the parties' motions for summary judgment (*Id*., ¶ 4).

For good cause shown the Court grants the parties' second joint motion to amend the scheduling order (*Id*.). The Court extends the discovery deadline to, and including, October 30, 2026 (Dkt. Nos. 173, ¶ 2; 183). The Court extends the deadline for filing motions, except motions for class certification and motions *in limine*, to, and including, November 20, 2026 (Dkt. No. 173, ¶ 5). The Court removes this case from the Court's trial calendar for the week of November 30, 2026 (*Id*.). The Court will set new pretrial deadlines and a new trial date by separate order.

It is so ordered this 31st day of August, 2026.

Kristine G. Baker
Chief United States District Judge