**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOSHUA DONTAE CUMMINGS** **PLAINTIFF**
**ADC #172826**

**v.** **Case No. 4:25-cv-00072-KGB**

**WELLPATH MEDICAL LLC, *et al.*** **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order filed on this date and all other Orders previously entered in this case, it is considered, ordered, and adjudged that plaintiff Joshua Dontae Cummings's complaint is dismissed (Dkt. No. 2). The relief sought is denied. The Clerk is directed to close this case.

So adjudged this 31st day of August, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge